UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roland C.[1]

Plaintiff,

v.

Kilolo Kijakazi,
*Acting Commissioner of Social Security*,

Defendant.

Case No. 23-cv-464 (DJF)

**ORDER**

This matter is before the Court on Plaintiff's Motion for Attorney Fees ("Motion") (ECF No. 20). Plaintiff seeks attorney's fees in the amount of $6,527.11 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA") to be paid to his attorney directly (*see* ECF Nos. 20, 21). The Government does not oppose Plaintiff's Motion or the amount requested (*see* ECF No. 22). Based on the parties' agreement, the Court grants Plaintiff's Motion for Attorney Fees and directs the Government to pay $6,527.11 to Plaintiff's attorney, Carol Louise Lewis. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fees may be subject to offset to satisfy any preexisting debit that Plaintiff may owe the United States.

**IT IS SO ORDERED**.

Dated: September 6, 2023

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.